Samuel R. ANSTEY, Petitioner–Appellant,

v.

Howard PAINTER, Mount Olive Correctional Complex, Warden, Respondent–Appellee.

No. 00–6521.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 9, 2001.

Samuel R. Anstey, pro se. Leah Perry Macia, Bailey & Glasser, L.L.P., Charleston, WV, for appellee.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Samuel R. Anstey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Anstey's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Anstey v. Painter*, No. CA–99–120–5 (S.D.W.Va. Mar. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*